LAW OFFICES OF IAN WALLACH, PC
Ian Wallach (SBN 237849)
5777 West Century Blvd, Suite 750
Los Angeles, CA 90045
Tel. 213.375.0000; Fax: 213.402.5516
Email: iwallach@wallachlegal.com

*Attorney for Defendant*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:17-CR-00064-3-CAS |
| PLAINTIFF, | LETTER IN RE SUPPORT OF SENTENCING |
| V. | |
| GOMEZ, *et al.*, (HERNANDEZ), | |
| DEFENDANTS. | *Before The Christina A. Snyder* |

Defendant submits a character letter from his wife.[1]

Respectfully Submitted,

Dated:     April 10, 2026          The Law Offices of Ian Wallach, PC
           (Los Angeles, CA)

                                   By: _____

                                   Ian Wallach
                                   *Attorney For Defendant*

_____

[1] Email addresses and other information has been redacted. The orginal is available to the Court and government upon request.

1
SECOND CHARACTER LETTER SUBMISSION

My name is Blanca, and I am the wife of ████████████ .

I met my husband when I was 15 years old. Our mothers were friends, and he would often come with his mother to visit our home. As a young girl, I quickly grew fond of him. He was kind, respectful, and very handsome, and I knew I wanted to be with him. We dated for three years and, with the blessing of my parents, we were married on January 23, 2000, when I was 17 years old.

As newlyweds, we built a humble life together in a small apartment that we made our home. We chose to take time to enjoy our marriage before starting a family. When we decided to have children, it was a joyful and mutual decision. Our first son was born on January 18, 2002, and my husband was overjoyed to become a father. He was loving, attentive, and committed to providing for our family.

In 2003, we experienced the heartbreaking loss of twins due to a miscarriage. During that painful time, my husband was my support and stood by me emotionally. In 2007, we welcomed our second son into our family.

Throughout the years, my husband worked and provided for us. I was unaware that he was struggling with addiction until he was arrested for a DUI. When he shared his struggle with me, we made the decision as a couple to face it together. He committed himself to rehabilitation and completed all required programs. I am proud to say that he worked hard to overcome his addiction and has become a better man. He takes responsibility for his past actions and understands the consequences.

My husband has always been an important part of our family. He supported me not only as a wife but also as a partner in maintaining our home, helping with our children, maintaining our vehicles, and being there during difficult times, including when I lost my father to cancer in 2022. His presence has always been a source of strength, stability, and emotional support for me.

Since his deportation, my life has changed drastically. I am now alone in California without my husband's daily support. Emotionally, I feel overwhelmed, lonely, and heartbroken. I have lost my life partner, the person I shared my responsibilities with, and the one who helped me cope during difficult moments. His absence has caused me significant emotional distress.

Since our separation, I have experienced ongoing anxiety, depression, and difficulty sleeping. I often feel a constant sense of worry and sadness that affects my daily functioning. There are days when it is difficult for me to concentrate, stay motivated, or complete normal daily tasks. The emotional toll of being separated from my husband has impacted my overall mental health and well-being.

In addition, the stress from this situation has affected me physically. I experience fatigue, headaches, and emotional exhaustion due to the constant worry and loneliness. Without my husband's emotional support, it has been much harder for me to cope with these symptoms.

Financially, his absence has also created hardship. My husband contributed to our household and helped manage expenses. Without him, I now carry the full burden of maintaining our home and covering all bills on my own. This has created stress and uncertainty about my ability to keep up with our financial obligations.

Practically, I struggle with daily responsibilities that we once shared. My husband helped maintain our home, repair our vehicles, and handle many physical and technical tasks. Without his help, these responsibilities have become overwhelming and difficult for me to manage alone.

The separation has also deeply affected our family as a whole. Our two sons, who are both United States Marines, love and respect their father deeply. Although they are serving our country, they also carry the emotional pain of being separated from their father. As a family, we feel incomplete without him.

If I were forced to relocate to Mexico to be with my husband, it would create additional hardship. I would have to leave behind my home, my stability, and my support system in California. I would also face uncertainty regarding safety, access to healthcare, and financial stability. This is not a viable option for me or our family.

Although our marriage has not been perfect, we have always worked through our challenges together as a family. We have built a life based on love, commitment, and perseverance.

I respectfully ask that you consider my husband's growth, his rehabilitation, and the extreme emotional, mental, financial, and practical hardship that his absence has caused me and our family. He is not the same person he once was, and he deserves the opportunity to be reunited with his family.

Thank you for your time and consideration.

Sincerely,

Blanca