LAW OFFICES OF IAN WALLACH, PC
Ian Wallach (SBN 237849)
5777 West Century Blvd, Suite 750
Los Angeles, CA 90045
Tel. 213.375.0000; Fax: 213.402.5516
Email: iwallach@wallachlegal.com

*Attorney for Defendant*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

UNITED STATES OF AMERICA,

PLAINTIFF,

V.

GOMEZ, *et al.*, (HERNANDEZ),

DEFENDANTS.

No. 2:17-CR-00064-3-CAS

SECOND SUBMISSION OF LETTERS IN RE SUPPORT OF SENTENCING

*Before The Christina A. Snyder*

Defendant submits character letters from his sons and his former employer.[1] These letters were drafted prior to Defendant's deportation in March of 2025. Due to his sons' present active military service they have not been able to provide amended sentencing letters. (Declaration of Ian Wallach, ¶ 2)

---

[1] Email addresses and other information have been redacted. The original is available to the Court and government upon request.

1
SECOND CHARACTER LETTER SUBMISSION

Respectfully Submitted,

Dated:      April 14, 2026       The Law Offices of Ian Wallach, PC
            (Los Angeles, CA)
            `
                                By:  _____
                                     Ian Wallach
                                     *Attorney For Defendant*
                                     Javier Hernandez

2
SECOND CHARACTER LETTER SUBMISSION

# DECLARATION

I, Ian Wallach, hereby state and swear as follows:

1. I am counsel to Javier Hernandez in this action.

2. Mr. Hernandez' sons are presently performing active military service. They have not been able to be contacted by counsel and requested to provide amended sentencing letters.

Dated: April 14, 2026                    By: _____
                                              Ian Wallach

DECLARATION

My name is Julian , I am the youngest son of my father Francisco Javier Iniguez. I know my father has done some irresponsible things in the past but I feel he has made up for it judging by the way he's changed. He works a well paying job and never misses a day at work unless for emergencies.He also provides this family with food , clothes , and other essentials. My Father is also a caring man and always checks up on me and my other family members.My Fatheralways checks on me to see if i completed my homework and turned it in. I'm very proud of the man my Father has become.

My name is Francisco Javier Iniguez Jr . I am the first born son of Francisco. And for the past 20 years of my life I have witnessed a fair share of exceptional men that have focused on the wellbeing of their family . My Father is one of those exceptional men. While he does know what he did was completely wrong, he did so to provide for his family. And to me that is noble. I seen a man who works so hard to provide for his family that he has been known to be a jack of all trades.Whether it be a welder, mechanic, or carpenter, my father is the one they would always call.And now I see that he is improving as an individual and further striving to be an even greater father.

US Marine PFC Iniguez Francisco



December 21, 2021

Your Honor,

The aim of this letter is to present the good character of Francisco Iniguez. We have worked together for the past 6 months at Canyon Steel Fabricators, Inc. I can confirm that he is careful, considerate, efficient and a dedicated employee. He is valued and necessary in his area of expertise.

He is well – regarded among all the staff as a dedicated and loyal employee. I am aware of the charges against Francisco, but nonetheless I believe he is of good character. Every time I'm around him he is happy and easy going. He's also friendly and polite. I've never experienced anything different. In the fabrication shop, he is knowledgeable in a variety of areas of steel fabrication. He is reliable and an asset to our company.

I hope this letter will give you an idea of his good character and help him get a second chance.

Thank you for your time.

Sincerely,

Heather Johnston, Office Manager